FILED

05/07/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0152

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0152

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DAVID JON KINDT,

      Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including July 1, 2021 within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
May 7 2021